**1**

**Marshall RICHARDSON v. UNITED STATES.**

(Circuit Court of Appeals, Sixth Circuit. June 8, 1926.)

No. 4669.

In Error to the District Court of the United States for the Eastern District of Michigan.

McClear, Newman & Penniman, of Detroit, Mich., for plaintiff in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Docketed and dismissed upon motion of counsel for defendant in error.

---

**2**

**Thornton D. ROBERTS, Plaintiff in Error, v. Frank B. LOWN, Defendant in Error.**

(Circuit Court of Appeals, Second Circuit. October 4, 1926.)

No. 196.

In Error to the District Court of the United States for the Southern District of New York.

E. A. Bates, of New York City, for plaintiff in error.

Abram J. Ross, of New York City, for defendant in error.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.

---

**3**

**Edward N. ROLLINS, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Fourth Circuit. October 19, 1926.)

No. 2524.

In Error to the District Court of the United States for the Eastern District of South Carolina, at Charleston.

Philip H. Arrowsmith, of Florence, S. C., for plaintiff in error.

J. D. E. Meyer, U. S. Atty., of Charleston, S. C.

PER CURIAM. Order dismissing writ of error for failure to prosecute filed.

---

**4**

**Mary R. ROULLOT, Plaintiff in Error, v. UNITED STATES, and William McDonald and Annie McDonald, as Administrators, Defendants in Error.**

(Circuit Court of Appeals, Second Circuit. November 19, 1926.)

No. 84.

In Error to the District Court of the United States for the Southern District of New York.

Wood, Molloy & France, of New York City (Melville J. France, of New York City, of counsel), for plaintiff in error.

Emory R. Buckner, U. S. Atty., of New York City (John M. Ryan, Asst. U. S. Atty., and James T. Brady, both of New York City, of counsel), for the United States.

Dills & Towsley, of New York City (Frank H. Towsley, of New York City, of counsel), for administrators.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. In principle this case is governed by United States v. Sterling (C. C. A.) 12 F.(2d) 921.

Judgment affirmed, with costs.

---

**5**

**H. A. SHANKS, A. P. Tallman, C. J. Bushnell, F. Koepfer, Ray H. Schofield, M. A. Liles, Henry M. Pingen, Fred H. Kruse, and Roy E. Tallman v. BANTING MFG. CO., Charles G. Emmert, Sheriff of Lucas County, Ohio, Shunk Mfg. Co., and Bucyrus City Bank of Bucyrus, Ohio.**

(Circuit Court of Appeals, Sixth Circuit. June 11, 1926.)

No. 4593.

Appeal from the District Court of the United States for the Northern District of Ohio; John M. Killits, Judge.

George W. Ritter and George E. Taylor, both of Toledo, Ohio, for appellants.

Clarence U. Ahl, of Bucyrus, Ohio, for appellees.

PER CURIAM. Dismissed pursuant to stipulation of counsel.